UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Two Unoil, LLC**, a California Limited Liability Company; **Rapid Gas, Inc.**, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case No**. 2:19-CV-02769-PSG-JEM<br><br>[Proposed] **Judgment** |

Pursuant to Federal Rule of Procedure 68(a), Judgment is entered against Defendants in favor of Plaintiff as follows:

Plaintiff is entitled to $8,000, jointly and severally against the Defendants. This amount is inclusive of any costs or attorney's fees recoverable in this action by the Plaintiff.

Within 180 days, Defendants shall bring the property into compliance, removing the barriers listed in the complaint in compliances with the 2010 ADA Standards of Accessible Design (ADA-SAD) as follows:

1. Installation of accessible paths of travel from the boundary of the site to the entrance of the Gas Station.
2. Removal of any other non-compliant paths of travel within the store.
3. Removal of any barriers to accessibility pertaining to persons utilizing manual wheelchairs. *Doran v. 7-Eleven* (9th Cir. 2008) 524 F.3d 1034. (holding that once a plaintiff encounters one barrier at a site, he can sue to have all barriers that relate to his disability removed regardless of whether he personally encountered them)
4. Defendants shall have an on-going duty to keep and maintain the property in compliance with ADA-SAD and shall make the property available for inspection by the Plaintiff with 10 days written notice served by certified mail.

Dated: 03/17/2020    By: _____

B. Moss, Deputy Clerk

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff